UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

KEVIN BRIAN BRAY                                                                        PETITIONER
Reg #09837-033

V.                                        No. 2:22-CV-142-JTR

JOHN P. YATES, Warden,
FCI-Forrest City                                                                         RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2241 action is DISMISSED, with prejudice.

DATED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE